UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

GARRISON REDD,

                      Plaintiff,

    -against-

MANSION REALTY LLC et al.,

                      Defendants.

------------------------------------- x

ORDER

20 Civ. 129 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 9, 2020 conference is adjourned to June 11, 2020 at 9:30 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge