

# PARKER HANSKI LLC
40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
Contact@ParkerHanski.com

September 24, 2020

Via ECF
The Honorable George B. Daniels
United States District Judge
Southern District of New York

SO ORDERED
The October 1, 2020 conference is adjourned to December 10, 2020 at 9:30 a.m.
/s/ George B. Daniels
HON. GEORGE B. DANIELS

**Re:** *Garrison Redd v. Mansion Realty LLC and The Jade Farm LLC*

**Docket No. 1:20-cv-00129 (GBD)( SDA)**

Dear Judge Daniels:

We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to adjourn the October 1, 2020 conference to a date in December 2020. The reason for this request is because the defendants have not yet appeared in this action and plaintiff is working on trying to obtain the appearance of these defendants and respectfully asks the Court for the additional time in order to try to obtain their appearance in this action. This is the first application by plaintiff for this relief. Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

/s/
Glen H. Parker, Esq.