# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
Contact@ParkerHanski.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JAN 19 2021

January 15, 2021

Via ECF

The Honorable George B. Daniels
United States District Judge
Southern District of New York

**SO ORDERED**
The January 21, 2021 initial conference is adjourned to March 25, 2021 at 9:30 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

JAN 19 2021

Re:   *Garrison Redd v. Mansion Realty LLC and The Jade Farm LLC*

**Docket No. 1:20-cv-00129 (GBD)( SDA)**

Dear Judge Daniels:

We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to adjourn the January 21, 2021 conference to a date in March 2021. The reason for this request is because the defendants have not yet appeared in this action and plaintiff is working on trying to obtain the appearance of these defendants and respectfully asks the Court for the additional time in order to try to obtain their appearance in this action. This is the second application by plaintiff for this relief. Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

/s/
Glen H. Parker, Esq.