UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

GARRISON REDD,

                        Plaintiff,

   -against-

MANSION REALTY LLC; THE JADE
FARM LLC,

                      Defendants.

------------------------------------- x

ORDER

20 Civ. 129 (GBD)

GEORGE B. DANIELS, District Judge:

The March 25, 2021 initial conference is adjourned to May 27, 2021 at 9:30 a.m.

Dated: March 22, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE